UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14033-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNIE AUSBY,

    Defendant.

_____/

## REPORT AND RECOMMENDATION ON THE PETITION FOR SUMMONS FOR OFFENDER UNDER SUPERVISION (DE 129)

**THIS CAUSE** came before me for a status hearing on March 15, 2024. At that time, Defendant represented – through counsel – that he did not wish to contest the violations alleged in the Petition for Summons for Offender under Supervision ("Petition") (DE 129). I therefore recommend as follows:

1. The Petition alleges two violations of supervised release. Violation Number 1 alleges that Defendant failed to refrain from violation of the law. On or about November 15, 2023, in Indian River County, Florida, Defendant committed the offense of Driving While License Revoked—Habitual Traffic Offender, contrary to Florida Statute § 322.34(5). Violation Number 2 alleges Defendant failed to notify the Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer. On or about November 15, 2023, Defendant was issued a criminal traffic citation by the Indian River County Sheriff's Office, and he failed to advise the U.S. Probation Officer.

2. The Government proffered the facts alleged in the Petition and in the Memorandum from United States Probation Officer Christina Williams dated December 18, 2023.

3. Defendant did not seek to cross-examine any witnesses. Defendant also did not present any witnesses or evidence. I advised Defendant of his rights in this regard, and Defendant agreed that he did not wish to cross-examine witnesses or present any witnesses or evidence.

4. I have considered the Government's proffer, which was admitted without objection or cross-examination, and find that it establishes by a preponderance of the evidence that Defendant committed Violation Numbers 1 and 2.

5. The possible maximum penalties faced by Defendant were read into the record, and Defendant stated that he understood those penalties.

**ACCORDINGLY**, I recommend to the District Court that Defendant be found to have violated his supervised release with respect to Violation Numbers 1 and 2, and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND RECOMMENDED** in Chambers at Fort Pierce, Florida, this 20th day of March, 2024.

_____
SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE